UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 19-CV-20111-FAM

UNITED STATES OF AMERICA

_____
Plaintiff(s)

v.

Lesly Jean Augustin
Jean Augustin

_____
Defendant(s)

FILED BY ___ D.C.

MAY 06 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Answer to the Complaint
*(TITLE OF DOCUMENT)*

I, Jean L. Augustin, plaintiff or defendant, in the above styled cause, is trying to resolve the complaint with the attorney Steven M Davis located at 121 Alhambra Plaza 10th Floor Coral Gables Florida 33134. For the case number 19-CV-20111-FAM so this civil action

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Certificate of Service

I_____, certify that on this date __5/06/19__ a true copy of the foregoing document was mailed to: _____
                                                                    name(s) and address(es)

_____

By: _____          _____
    Printed or typed name of Filer               Signature of Filer

    _____          _____
    Florida Bar Number                           E-mail address

    _____          _____
    Phone Number                                 Facsimile Number

    _____
    Street Address

    _____
    City, State, Zip Code